UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>BARBARA DILLMAN, individually and as Superintendent of Schools for the Siskiyou County Office of Education; the SISKIYOU COUNTY OFFICE OF EDUCATION; TIMOTHY PAPPAS, individually and as Deputy District Attorney in the Office of the Siskiyou County District Attorney; PETER F. KNOLL and KIRK ANDRUS, both individually, and as District Attorneys for the County of Siskiyou and the County of Siskiyou, a political subdivision,<br><br>        Defendants. | 2:08-cv-0098-GEB-CMK<br><br>ORDER DENYING AS MOOT DEFENDANTS' RULE 12(b) MOTION[*] |

On March 13, 2008, Defendants Barbara Dillman, individually and as Superintendent of Schools for the Siskiyou County Department of

---

[*] This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

Education and "seven" individual Members of the Siskiyou County Board of Education ("Defendants"), filed a motion to dismiss the Complaint. On April 7, 2008 Plaintiff filed a First Amended Complaint.

Under Rule 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. Pro. 15(a). "A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15." Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n. 3 (9th Cir. 2000). An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997).

Here, Defendants did not file an answer, but instead filed a motion to dismiss. Therefore, Plaintiff was entitled to file his amended complaint as a matter of course under Rule 15(a). The amended complaint supersedes the original complaint, and the original complaint is treated as non-existent. Accordingly, Defendants' Motion to Dismiss filed March 13, 2008, is mooted by Plaintiff's filing of an amended complaint and is denied.

Dated:  April 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2